| | |
|---|---|
| 1 | RICHARD M. PACHULSKI (CA Bar No. 90073) |
| 2 | MALHAR S. PAGAY (CA Bar No. 189289)<br>JAMES K.T. HUNTER (CA Bar No. 73369) |
| 3 | PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor |
| 4 | Los Angeles, California 90067<br>Telephone: (310) 277-6910 |
| 5 | Facsimile: (310) 201-0760<br>Email: rpachulski@pszjlaw.com; mpagay@pszjlaw.com; |
| 6 | jhunter@pszjlaw.com |
| 7 | Attorneys for Plaintiff/Appellant, The Official Committee of<br>Unsecured Creditors of Adamson Apparel, Inc. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. _____ |
| ADAMSON APPAREL, INC., | District Court Case No. CV 11-01204-VAP |
| Debtor. | Bankruptcy Court Case No.<br>2:04-bk-30799-ER |
| | Bankruptcy Court Adv. Proc. No.<br>2:06-ap-01953-ER |
| The Official Committee of Unsecured<br>Creditors of Adamson Apparel, Inc., | |
| Plaintiff/Appellant, | |
| vs. | |
| Arnold H. Simon, | |
| Defendant/Appellee. | |

## NOTICE OF APPEAL TO THE UNITED STATES
## COURT OF APPEALS FOR THE NINTH CIRCUIT

The Official Committee of Unsecured Creditors of Adamson Apparel, Inc. ("Appellant") appeals to the United States Court of Appeal for the Ninth Circuit from the Order of the United States District Court for the Central District of California (the

"District Court") affirming the judgment of the Bankruptcy Court entered in this case on August 15, 2012, a copy of which is attached hereto as Exhibit A.

Dated: September 11, 2012

PACHULSKI STANG ZIEHL & JONES LLP

By  /s/ James K.T. Hunter
Richard M. Pachulski
Malhar S. Pagay
James K.T. Hunter

Attorneys for Plaintiff/Appellant, The Official Committee of Unsecured Creditors of Adamson Apparel, Inc.