# ATTACHMENT

RICHARD M. PACHULSKI (CA Bar No. 90073)
MALHAR S. PAGAY (CA Bar No. 189289)
JAMES K.T. HUNTER (CA Bar No. 73369)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: rpachulski@pszjlaw.com; mpagay@pszjlaw.com; jhunter@pszjlaw.com

Attorneys for Plaintiff/Appellant, The Official Committee of Unsecured Creditors of Adamson Apparel, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ADAMSON APPAREL, INC.,<br><br>Debtor.<br><br>―――――――――――――――<br><br>The Official Committee of Unsecured Creditors of Adamson Apparel, Inc.,<br><br>Plaintiff/Appellant,<br><br>vs.<br><br>Arnold H. Simon,<br><br>Defendant/Appellee. | Case No. _____<br><br>District Court Case No. CV 11-01204-VAP<br><br>Bankruptcy Court Case No. 2:04-bk-30799-ER<br><br>Bankruptcy Court Adv. Proc. No. No. 2:06-ap-01953-ER |

## REPRESENTATION STATEMENT

The undersigned represents The Official Committee of Unsecured Creditors of Adamson Apparel, Inc., plaintiff and appellant in this matter, and no other party. Attached is a service list that shows all of the parties to the action below, and

identifies their counsel by name, firm, address, telephone number and e-mail address, where appropriate (F.R.A.P. 12(b); Circuit Rule 3-2(b).)

Dated: September 12, 2012  Respectfully submitted,

By  /s/ *James K.T. Hunter*
Richard M. Pachulski
Malhar S. Pagay
James K.T. Hunter
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Attorneys for Plaintiff/Appellant, The Official Committee of Unsecured Creditors of Adamson Apparel, Inc.

DOCS_LA:257106.1 01096-001

| | |
|---|---|
| Counsel to The Official Committee of Unsecured Creditors of Adamson Apparel, Inc. | Richard M. Pachulski<br>Malhar S. Pagay<br>James K.T. Hunter<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067<br>Telephone:  (310) 277-6910<br>Facsimile:   (310) 201-0760<br>Email:  rpachulski@pszjlaw.com;<br>mpagay@pszjlaw.com;<br>jhunter@pszjlaw.com |
| Counsel to Simon | Leslie A. Cohen, Esq.<br>506 Santa Monica Blvd., Suite 200<br>Santa Monica, CA  90401<br>Telephone:  (310) 394-5900<br>Facsimile:   (310) 394-9280<br>Email:  leslie@lesliecohenlaw.com |

3