```
RICHARD M. PACHULSKI (CA Bar No. 90073)
MALHAR S. PAGAY (CA Bar No. 189289)
JAMES K.T. HUNTER (CA Bar No. 73369)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone:  (310) 277-6910
Facsimile:   (310) 201-0760
Email:        rpachulski@pszjlaw.com; mpagay@pszjlaw.com;
jhunter@pszjlaw.com
```

Attorneys for Plaintiff/Appellant, The Official Committee of Unsecured Creditors of Adamson Apparel, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ADAMSON APPAREL, INC.,<br><br>Debtor. | Case No. _____<br><br>District Court Case No. CV 11-01204-VAP<br><br>Bankruptcy Court Case No.<br>2:04-bk-30799-ER<br><br>Bankruptcy Court Adv. Proc. No.<br>2:06-ap-01953-ER |
| The Official Committee of Unsecured Creditors of Adamson Apparel, Inc.,<br><br>Plaintiff/Appellant,<br><br>vs.<br><br>Arnold H. Simon,<br><br>Defendant/Appellee. | |

### NOTICE THAT NO TRANSCRIPTS WILL BE ORDERED FOR PENDING APPEAL; STATEMENT OF ISSUES TO BE PRESENTED (NINTH CIRCUIT RULES 10-3.1(a) AND (c))

**PLEASE TAKE NOTICE** that that pursuant to Ninth Circuit Rule 10-3.1(c), Appellant The Official Committee of Unsecured Creditors of Adamson Apparel, Inc.

("Appellant") states that, in view of the fact there are no transcripts because the case was determined on the basis of briefs without oral testimony or argument being heard, Appellant will not order transcripts for the pending appeal.

## STATEMENT OF ISSUES

Appellant intends to present the following issues on appeal:

ISSUE 1: Did the District Court err in affirming the Bankruptcy Court's judgment in favor of Appellee Arnold H. Simon ("Simon") based on its determination that Appellee was not a creditor of debtor Adamson Apparel, Inc. ("Debtor") because Appellee had waived his rights as a creditor of Debtor?

ISSUE 2: Did the District Court err in affirming the Bankruptcy Court's judgment in favor of Appellee based on its determination that Appellee, an insider of Debtor, was able to eliminate his creditor status for preference liability purposes by a waiver of Appellee's rights of indemnity/subrogation with respect to Appellee's guaranty of Debtor's debt?

Dated: September 11, 2012

PACHULSKI STANG ZIEHL & JONES LLP

By  /s/ James K.T. Hunter
    Richard M. Pachulski
    Malhar S. Pagay
    James K.T. Hunter

    Attorneys for Plaintiff/Appellant,
    The Official Committee of
    Unsecured Creditors of Adamson
    Apparel, Inc.

DOCS_LA:257104.1 01096-001